```
 1
 2
 3
 4
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   PAUL YANG,                        CIV. NO. 006-1306 DFL GGH
12            Plaintiff,
13       v.                            ORDER RE DISPOSITION AFTER
                                       NOTIFICATION OF SETTLEMENT
14   FAI YEE XIONG dba HMOOB
     SACRAMENTO KOOM TSHAV NTUJ,
15   et al.,
16            Defendants.
                                   /
17
```

The court has been advised by the VDRP neutral, William P. Torngren, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than January 16, 2007; and

//

1

1        2.  That all hearing dates previously set in this matter
2   are vacated.
3        IT IS SO ORDERED.
4   Dated:  December 15, 2006
5
6
                            /s/ David F. Levi
7                           DAVID F. LEVI
                            United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26