IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL YANG,

    Plaintiff,

  v.

FAI YEE XIONG dba HMOOB SACRAMENTO KOOM TSHAV NTUJ, KAYENG XIONG, WANG CHA LO, ZAM LO VUE, CHIA CHUE LEE, CHONG THENG LEE, XAIV CHI VANG, LONG LEE, and YU KOUA THAO,

    Defendants.

No. Civ. S-06-1306 RRB GGH

<u>Memorandum of Opinion and Order</u>

The court has considered plaintiff's objection to the June 4, 2007 order and holds that his argument does not justify a reversal of the court's decision regarding the settlement agreement. After considering the declaration of William P. Torngren, the parties' mediator, the court finds that the parties reached a meeting of the minds on the agreement's terms, under which plaintiff would accept a voluntary collection. Therefore, the court:

1

(1) GRANTS defendants' motion to enforce their proposed agreement, filed with the court as Exhibit D of their February 6, 2007 motion, except as to the language to be used during the collection; and

(2) ORDERS defendants to use the following statement verbally and in writing when making a collection: "HSKTN is making a voluntary collection for Xiong Yang Vang in accordance with our cultural and religious tenets." The written collection form should further contain the name of the household head, a signature line, and an amount-donated line. No other language concerning the collection should be included.

IT IS SO ORDERED.

ENTERED this 21st day of June, 2007.

                                        s/RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT JUDGE